**No. 46473.**—Protest 49713–K (A) of Freedman & Slater, Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Brachman* v. *United States* (5 Cust. Ct. 153, C. D. 389) the claim for free entry under paragraph 1681 was sustained.

**No. 46474.**—Protest 49856–K of M. Shimmel (New York).

Opinion by WALKER, J. It was stipulated that paper is the component material of chief value, and that the issue is similar to that involved in Abstract 25919 and *Koeller-Struss* v. *United States* (T. D. 44560). In accordance therewith the claim at 35 percent under paragraph 1413 was sustained.

**No. 46475.**—Protest 52865–K of Jones Brokerage Co. (Los Angeles).

Opinion by WALKER, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 46476.**—Protests 783882–G, etc., of M. Martinez & Co. (San Diego).

Opinion by WALKER, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 46477.**—Protest 829090–G of Kwan On Chong (Cleveland).

Opinion by WALKER, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 46478.**—Protest 961706–G of Aoki Taiseido Book Co. (San Francisco).

Opinion by WALKER, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 46479.**—Protest 983353–G of John V. Carr & Son (Detroit).

Opinion by WALKER, J. It was found that the board measurement of lumber in question should have been determined for the purposes of section 601 (c) (6), Revenue Act of 1932, as amended, on the basis of the condition in which imported, and that no addition should have been made to the imported quantity for planing or for tonguing and grooving. This claim in the protest was therefore sustained.